```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

**Jeffrey D. Gilbert**

    **v.**                                          Case No. 04-cv-327-PB

**Atlantic Trust Company, N.A.**


**NOTICE OF RULING**


    **Re:** **Document No. 16, Motion for Judgment on the Pleadings With Respet to Count VI**

    **Ruling:** Motion granted. Assuming for purposes of analysis that defendant might otherwise be subject to liability under N.H. Rev. Stat. Ann. § 421-B:3 and 4, I grant the motion because plaintiff has failed to plead fraud with the particularity required by Fed. R. Civ. P. 9(b). See Karvelas v. Melrose-Wakefield Hosp., 360 F.3d 220, 226 (1st Cir. 2004).


    Entered by:  Paul Barbadoro, U.S. District Judge

    Date:  September 3, 2005



cc:    Michael C. Harvell, Esq.
       John-Mark Turner, Esq.
       Martha Van Oot, Esq.