```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>**Jeffrey Gilbert**</u>

    **v.**                                      Case No. 04-cv-327-PB

<u>**Atlantic Trust Co.**</u>


<u>**ORDER**</u>

    **Re:** <u>**Document No. 26, Second Motion for Judgment on the Pleadings**</u>

    **Ruling:** I have already rejected Count VI based on the plaintiff's failure to plead fraud with particularity. If plaintiff contends that this ruling was in error, he shall file a motion to reconsider on or before October 15, 2005. The Magistrate Judge's order vacating my ruling on this motion is vacated. The second motion for judgment on the pleadings is denied as moot.


                                                  <u>/s/ Paul Barbadoro</u>
                                                  Paul Barbadoro
                                                  District Judge

Date:  October 4, 2005

cc:  Michael Harvell, Esq.
     John-Mark Turner, Esq.
     Martha Van Oot, Esq.